Case 4:24-cv-00544   Document 27   Filed on 07/10/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
July 10, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOE HAND PROMOTIONS, INC., *Plaintiff,* | § § § § § § § § | |
| V. | | CIVIL ACTION NO. 4:24cv544 |
| UMANA FAMILY, INC., ET AL., *Defendants.* | | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated June 20, 2025 (Dkt. 26) and no party having filed objections thereto, the Court is of the opinion that said Memorandum and Recommendation should be adopted by this Court.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this Court.

**SIGNED** at Houston, Texas this \_\_10th\_\_ day of July, 2025.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE